```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A05-0120--CV (JKS)
                        "N.C. POWER SYSTEMS CO V TUG BLARNEY"

              Including terminated parties, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
       Referral Rule:  4(12)
              Filed:  05/27/05
             Closed:  10/19/05

       Jurisdiction:  (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit:  (120) Marine
                      MARITIME LIEN FORCLOSURE
             Origin:  (1) Original Proceeding
             Demand:  95
         Filing fee:  Paid $250.00 on 05/27/05 receipt # 00125808
           Trial by:
```

Parties of Record:                            Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | N.C. POWER SYSTEMS CO | Mark C. Manning<br>431 W. 7th Avenue, Suite 204<br>Anchorage, AK 99501<br>907-278-9794<br>FAX 907-278-1169 |
| DEF 1.1 | BLARNEY, TUG | No counsel found for this party! |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A05-0120--CV (JKS)
                        "N.C. POWER SYSTEMS CO V TUG BLARNEY"

                                 For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(12)
             Filed:  05/27/05
            Closed:  10/19/05

      Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (120) Marine
                     MARITIME LIEN FORCLOSURE
            Origin:  (1) Original Proceeding
            Demand:  95
        Filing fee:  Paid $250.00 on 05/27/05 receipt # 00125808
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/27/05 | Complaint filed. |
| NOTE - 1 | 05/31/05 | Issued: summons re: DEF 1. |
| 2 - 1 | 05/31/05 | PLF 1 Errata to complaint. |
| 3 - 1 | 05/31/05 | PLF 1 motion for order authorizing issuance of warrant of arrest . |
| 4 - 1 | 05/31/05 | PLF 1 motion for order on shorten time for consideration of plaintiffs motion for order authoriziang issuance of WOA w/att declaration. |
| 5 - 1 | 05/31/05 | PLF 1 Praecipe to clerk. |
| 6 - 1 | 05/31/05 | PLF 1 motion (ex parte) for order appointing substitute custodian and authorizing custodian to shift vessel. |
| 7 - 1 | 05/31/05 | PLF 1 motion for order shortening time for consideration of plaintiff's ex-parte motion for order appointing substitute custodian and authorizing custodian to shift vessel w/att declaration. |
| 8 - 1 | 05/31/05 | JKS Minute Order that case referred to MJ Roberts per MJ Rule 4(12)  cc: cnsl, MJ Roberts |
| NOTE - 2 | 06/01/05 | Issued: In Rem Warrant For Arrest for BLARNEY. |
| 9 - 1 | 06/01/05 | JDR Order granting motion for order shortening time for consideration of plaintiff's ex-parte appointment of substitute custodian (7-1). cc: cnsl |
| 10 - 1 | 06/01/05 | JDR Order granting motion for order appointing substitute custodian and authorizing custodian (6-1). cc: cnsl, USM |
| 11 - 1 | 06/01/05 | JDR Order granting motion for order on shorten time for consideration of plaintiffs motion for  authorizing issuance of WOA (4-1). cc: cnsl |
| 12 - 1 | 06/01/05 | JDR Order granting motion for order authorizing issuance of warrant of arrest (3-1). cc: cnsl, USM |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0120--CV (JKS)
                         "N.C. POWER SYSTEMS CO V TUG BLARNEY"

                                 For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 13 - | 1 | 09/01/05 | USM Return of svc re: WOA on vessel executed on 8/24/05. |
| 14 - | 1 | 09/19/05 | PLF 1 Notice of svc notice of arrest. |
| 15 - | 1 | 09/19/05 | PLF 1 Notice of filing aff of publication of Notice of Arrest in the Anchorage Daily News on 9/4/05. |
| NOTE - | 3 | 09/20/05 | Issued: Writ of Venditioni Exponas. |
| 16 - | 1 | 09/20/05 | PLF 1 Application (motion) for entry of default in rem re: DEF 1 w/att declaration. |
| 17 - | 1 | 09/20/05 | Clerk's Notice entering default re: DEF 1. cc: cnsl |
| 18 - | 1 | 09/20/05 | PLF 1 motion for in rem default judgment and for an order of sale. |
| 19 - | 1 | 09/20/05 | PLF 1 motion for order shortening time for consideration re 18-1. |
| 20 - | 1 | 09/20/05 | JKS Order granting motion for order shortening time for consideration re 18-1 (19-1). |
| 21 - | 1 | 09/20/05 | JKS Default Judgment In Rem and Order of Sale. cc: cnsl, USM, O&J 11876, Redistributed 11/23/05 w/pre-jmt interest & custodial costs. |
| 22 - | 1 | 10/04/05 | PLF 1 motion to postpone sale of vessel. |
| 23 - | 1 | 10/05/05 | PLF 1 motion for order shortening time for consideration of plaintiff's motion to postpone sale w/att decla. |
| 24 - | 1 | 10/05/05 | JDR Order granting mot for ord shortening time for consideration of plf's mot to postpone sale (23-1). cc: cnsl |
| 25 - | 1 | 10/05/05 | JDR Order granting motion to postpone sale of vessel (22-1); 10/6/05 sale postpones. cc: USA, USM |
| 26 - | 1 | 11/04/05 | PLF 1 motion to reschedule sale of vessel for 11/16/05 at 10:00 a.m. w/att decl. |
| 27 - | 1 | 11/04/05 | PLF 1 motion for consideration on shortened time re 26-1. |
| 28 - | 1 | 11/04/05 | JDR Order granting motion to reschedule sale of vessel for 11/16/05 at 10:00 a.m. (26-1). cc: cnsl, USM |
| 29 - | 1 | 11/04/05 | JDR Order granting motion for consideration on shortened time re 26-1 (27-1). cc: cnsl |
| 30 - | 1 | 11/17/05 | USM Return of svc on re: sale of vessel executed on 11/16/05. |
| 31 - | 1 | 11/17/05 | PLF 1 motion for confirmation of sale. |
| 32 - | 1 | 11/17/05 | PLF 1 Notice of filing affidavit of publication. |
| 33 - | 1 | 11/22/05 | JKS Order granting motion for confirmation of sale (31-1). cc: cnsl, USM |

Case 3:05-cv-00120-TMB   Document 33   Filed 05/27/2005   Page 3 of 3